AARON D. FORD
 Attorney General
NATHAN M. CLAUS (Bar No. 15889)
 Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way
Suite 100
Las Vegas, Nevada 89119
(702) 486-7629 (phone)
(702) 486-3768 (fax)
Email: nclaus@ag.nv.gov

*Attorneys for Interested Party*
*Nevada Department of Corrections*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TEHKI BILL, | Case No. 2:24-cv-02077-GMN-MDC |
| Plaintiff, | |
| v. | **Stipulation and Order for Dismissal with Prejudice** |
| BREITENBACH, *et al.,* | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff, Tehki Bill, and Interested Party Nevada Department of Corrections, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Nathan M. Claus, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, hereby by and through their respective under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

//

//

//

//

//

DATED this 18 th of November 2025.

By: /s/ _____
Tehki Santiago Bill, # 1243884

Plaintiff

DATED this 18th of November, 2025.

AARON D. FORD
Attorney General

By: /s/ Nathan M. Claus
Nathan M. Claus, Esq. (Bar No. 15889)
Deputy Attorney General

Attorneys for Defendants

## ORDER

**IT IS SO ORDERED.** This case is **DISMISSED with prejudice.**
The Clerk of Court is kindly directed to close this case.

Dated this 20 day of January, 2026.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

DATED this 11 day of NOVEMBER, 2025.

AARON D. FORD
Attorney General

By: /s/ Nathan M. Claus
NATHAN M. CLAUS (Bar No. 15889)
Deputy Attorney General

*Attorneys for Interested Party*
*Nevada Department of Corrections*